FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2008 JUL 30 AM 9: 42

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE MATTER OF:
JONATHAN LEE RICHES

Case Nos.   3:88-cv-873-J-20HTS
3:95-cv-181-J-20HTS
3:95-cv-434-J-20HTS
3:95-cv-1005-J-20HTS

## ORDER

**THIS CAUSE** is before this Court on several motions submitted by Jonathan Lee Riches in various closed cases.[1] Jonathan Lee Riches filed motions in 4 different cases in this Court requiring many judicial resources. The motions appear to frivolous in nature and are filed in cases in which Jonathan Lee Riches is not a party. Upon receipt of the motions, the Clerk's Office added Jonathan Lee Riches to each case as a movant.

Accordingly, it is **ORDERED**:

1. The Clerk is directed to maintain in a separate file any future filings submitted by Jonathan Lee Riches in cases in which he is not a Plaintiff or Defendant, without docketing the documents.

2. The Clerk is directed to terminate Jonathan Lee Riches as movant and terminate the motions he filed in the following cases: 3:88-cv-873-J-20HTS; 3:95-cv-181-J-20HTS; 3:95-cv-434-J-20HTS; and 3:95-cv-1005-J-20HTS.

---

[1] For example, see Case 3:88-cv-873-J-20HTS, document #253, Motion to amend and to intervene filed 07/02/08. This case, JEA v. Bernuth Corporation, et al., involved environmental matters and was closed 12/22/05.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of July, 2008.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jonathan Lee Riches